# FACULTY HANDBOOK



SOUTH FLORIDA
State College

# THE *FACULTY HANDBOOK* INDEX

**I. INTRODUCTION ____ 5**

**II. THE COLLEGE ____ 5**
A. History of the College ____ 5
B. Mission, Vision, Values ____ 5

**III. ADMINISTRATION ____ 6**
A. Organization of the College ____ 6
B. Educational Programs of the College ____ 7
C. Institutional Effectiveness ____ 10

**IV. GENERAL FACULTY INFORMATION ____ 11**
A. Faculty Duties and Responsibilities ____ 11
B. Credentials and Professional Standards ____ 12
C. Salary Schedule ____ 12
D. Faculty Contract ____ 13
E. Performance Evaluation Procedures ____ 13
F. Faculty Evaluation Procedures ____ 14
G. Educational Technology Training ____ 15
H. Staff and Professional Development ____ 15
I. Orientation ____ 15
J. Microsoft Outlook Email ____ 16
K. Panther Central ____ 16
L. Generated ID Numbers ____ 16
M. Parking Decals ____ 16
N. Mail ____ 16
O. Teaching Assignments ____ 17
P. Commencement Activities ____ 17
Q. Communication Channels ____ 17
R. Faculty Meetings ____ 18
S. Faculty Organizations ____ 18
T. Committees ____ 19
U. Security and Safety ____ 19

**V. RESOURCES ____ 21**
A. Library Services ____ 21

B. Tutoring Services 22
C. Multimedia Support 23
D. Information Technology 23
E. Requisition of Materials/Supplies 24
F. Work-Study Assistance 24
G. Counselor Assistance 24
H. Testing Center 24
I. SFSC Website 25

**VI. CURRICULUM 25**
A. Textbook Adoption 25
B. Turnitin.com 26
C. Course Development and Improvement 27
D. Special/Directed Independent Study (SIS/DIS) 28
E. Cooperative Education (Co-op) 29
F. Credit by Experience 29

**VII. CLASSROOM MANAGEMENT 30**
A. Registration 30
B. Grading and Grade Changes 30
C. Course Syllabus 32
D. Accessibility 33
E. Class Roster 34
F. Guest Speakers 34
G. Classroom Access 34
H. Use of Copyright Material 34
I. Academic Freedom 35
J. Confidentiality 35
K. Shredding 36
L. Release of Information to the Public 36
M. Bulletin Boards and Electronic Notices 36

**VIII. STUDENT ISSUES 37**
A. Students with Disabilities 37
B. Student Discipline 37
C. Academic Appeals 38
D. Student Government Association 38
E. Field Trips 38

**IX. PERSONNEL ____ 39**

A. Observance of Religious Holidays ____ 39
B. Travel Pay ____ 40
C. Leave Requests ____ 40
D. Title IX ____ 40
E. Harassment ____ 41
F. Sexual Misconduct ____ 41
G. Drug-Free Workplace and Campus ____ 41
H. Tobacco-Free College ____ 42
I. Employee-Related Injuries and Accidents ____ 42

**Appendices ____ 43**

Appendix A: General Job Description ____ 43
Appendix B: Acronyms List ____ 45
Appendix C: A&S New Faculty Checklist ____ 47
Appendix D: Additional Employee Benefits ____ 48

# I. INTRODUCTION

The SFSC Faculty Handbook serves as a valuable resource, offering essential information and strategies to support faculty in their efforts to enhance student learning outcomes. It is important to recognize that this document serves as a foundational guide, and while it may not cover every specific situation or guideline, it provides a strong starting point. We encourage both full- and part-time faculty members to consistently seek guidance from their instructional supervisors or deans and to rely on their professional judgment. You can access complete copies of the South Florida State College (SFSC) District Board of Trustees Policies and the SFSC Administrative Procedures on Panther Central and the College website, southflorida.edu. We also encourage faculty members to familiarize themselves with the content of these documents, as well as the SFSC Catalog and the Student Handbook, as they contain valuable information about academic programs and student policies and procedures.

# II. THE COLLEGE

## *A. History of the College*

SFSC was established in 1965 by the Florida Legislature as South Florida Junior College (SFJC). The College began operation in August 1966 in temporary facilities in Avon Park. In 1984, South Florida Junior College became known as South Florida Community College (SFCC). In 2011, the Board of Trustees voted to change the name to South Florida State College (SFSC). The State Legislature approved the College as a four-year institution adding the Bachelor of Applied Science, Bachelor of Nursing, and Bachelor of Elementary Education to its degree offerings. The Southern Association of Colleges and Schools, Commission on Colleges approved the level change in June 2012. Today, SFSC has four campus locations that include the Highlands Campus in Avon Park, the Hardee Campus in Bowling Green, the DeSoto Campus in Arcadia, and the Lake Placid Center.

## *B. Mission, Vision, and Values*

### Mission

South Florida State College is an open-access, higher education institution dedicated to providing a learning-centered environment through quality programs, training, and services. Working in partnership with organizations and communities, the College provides leadership and a comprehensive range of opportunities for the service district's educational, cultural, and economic development.

The College assists the people of its service district (DeSoto, Hardee, and Highlands counties) regardless of economic, social, or educational background to achieve success in:

- Completing an associate degree in preparation for pursuing a baccalaureate or other professional degree or credential
- Completing a baccalaureate degree, associate degree, or certificate related to a career

and technical preparation to enter the workforce or to improve career circumstances
- Obtaining basic skills in literacy, mathematics, and citizenship to prosper as a contributing member of society
- Gaining personal, cultural, and global awareness, appreciation, and understanding needed in a complex contemporary society
- Pursuing advanced academic preparation and credentials available through partnerships with colleges and universities
- Participating in the social, cultural, environmental, and economic development of the communities served by the College

We believe in the worth of each of our students and through all of our educational programs and services we seek to develop human potential and create brighter futures.

### Vision
South Florida State College will become … a globally aware academic destination driving regional transformation through innovative collaboration.

### Values
Integrity, Service, Community, Learning, Excellence, Accountability, and Responsibility

# III. ADMINISTRATION

## *A. Organization of the College*
Under the president, the College is organized into three areas that are headed by the vice president for academic affairs, the vice president for administrative services, and the vice president for student services. The organizational chart delineates responsibility and can be found on southflorida.edu under Administration on The College tab.

**Leadership at the College:**

1. **The president** is responsible for all areas of the College and specifically for Collegewide operations such as the equal access/equal opportunity (EA/EO), Americans with Disabilities Act (ADA), and the Athletic Office.
2. **The vice president for academic affairs** is responsible for all academic programs, curriculum, the Learning Resource Center (LRC), College off-campus instructional sites, academic support, corporate and community education, enrollment management, Office of Educational Technology, and university relations.
3. **The vice president for administrative services** is directly responsible for overseeing the budget development and management process, facilities planning and construction activities, institutional compliance with federal and state regulations and laws, internal control of resources and business processes, and oversight of institutional support areas including accounting and finance, human resources, information technology, institutional

effectiveness, physical plant operations and maintenance, College policies and procedures, as well as safety and security.

4. **The vice president for student services** is responsible for providing leadership and oversight for all areas related to student development and support. This includes admissions, advising and counseling, financial aid, student life, student conduct, disability services, testing and assessment, registration and records, and career services. The vice president ensures that services are accessible, student-centered, and aligned with the College's mission, fostering a supportive environment that promotes student success, retention, and completion.

## *B. Educational Programs of the College*

The College is organized into three academic divisions, each headed by a dean: Arts and Sciences, Applied Sciences and Technologies, and Health Sciences.

1. **The Division of Arts and Sciences** includes courses leading to the Associate in Arts (AA) degree, the general education components of the Associate in Science (AS), and the Bachelor of Science in Elementary Teacher Education (BSETE). The AA degree consists of 36 college credits of General Education courses in the areas of Communication, Humanities, Mathematics, Natural Science, and Social and Behavioral Sciences, and 24 college credits of elective courses for a total of 60 college credits. At SFSC, students may complete the lower division prerequisites for most majors at a Florida public university or college. The Division also oversees library services and the Tutoring and Learning Center (TLC).
2. **The Division of Applied Sciences and Technologies** contains courses and programs that lead to the Bachelor of Applied Science (BAS) and the Associate in Science (AS), as well as College Credit Certificates (CCC) and Career Certificates (CC). Degrees and certificates are varied and range from Accounting/Business, Air Conditioning, Cosmetology, Criminal Justice, Electronics, and Supervision and Management. Adult Education also is included in this Division.
3. **The Division of Health Sciences** includes all levels of Dental Education, Nursing Education, Radiography, Emergency Medical and Fire Science, Health Services, Surgical Services, Medical Assisting, and Phlebotomy. Degrees and certificates are varied and range from a Bachelor of Science in Nursing (BSN) to Associate in Science Degrees (AS), College Credit Certificates (CCC), and Career Certificates (CC). Health Science programs have selective admissions processes, accepting a limited number of students into their classes each year. Many programs have national and state-certifying exams to become licensed and practice in the chosen field.

# EDUCATIONAL PROGRAM ADMINISTRATION

| Division | Dean | Email | Ext. | Office |
|---|---|---|---|---|
| Applied Sciences and Technologies | Michelle Leidel | michelle.leidel@southflorida.edu | 7424 | T12 |
| Arts and Sciences | Dr. James Hawker | james.hawker@southflorida.edu | 7329 | B211 |
| Health Sciences | Dr. Kathleen Cappo | kathleen.cappo@southflorida.edu | 7227 | HSEC129 |

# People and Resources

| Department/Office | Name | Title | Email | Ext |
|---|---|---|---|---|
| **ADA Student Coordinator** | Charla Ellerker | Counselor | ellerkerc@southflorida.edu | 7176 |
| **Admissions** | Michele Hall | Registrar | hallm@southflorida.edu | 7139 |
| **Advising and Counseling** | Charla Ellerker | Chair | charla.ellerker@southflorida.edu | 7176 |
| **Athletic Office** | Rick Hitt | Director | hittr@southflorida.edu | 7036 |
| **Bookstore** | Kerrie Nelson | Manager | 1383mgr@follet.com | 7112 |
| **Business Office** | Mary Hutzelman | Controller | mary.hutzelman@southflorida.edu | 7123 |
| **Cafeteria** | Janet Wheaton | Manager | wheatonj@southflorida.edu | 7199 |
| **Center for Innovative Teaching (CIT)** | Carleigh Okwali | Director | okwalic@southflorida.edu | 7018 |
| **Community Relations and Marketing** | Dr. Melissa Kuehnle | Director | kuehnlem@southflorida.edu | 7379 |
| **Corporate and Community Education** | Tina Gottus | Director | tina.gottus@southfloria.edu | 7466 |
| **Cultural Programs** | Cynthia Garren | Director | cynthia.garren@southflorida.edu | 7177 |
| **DeSoto Campus** | Irene Cerna | Coordinator | irene.cerna@southflorida.edu | 7042 |
| **Financial Aid** | Marcia Conliffe | Director | marcia.conliffe@southflorida.edu | 7108 |
| **SFSC Foundation, Inc.** | Emily Dabolt | Executive Director | emily.dabolt@southflorida.edu | 7477 |
| **Hardee Campus** | Micaela Ford | Coordinator | micaela.ford@southflorida.edu | 7062 |
| **Highlands Campus** | Switchboard | | | 453-6661 |
| **Honors Program** | Jason Fitzgerald | Coordinator | jason.fitzgerald@southflorida.edu | 7362 |
| **Human Resources** | Don Kesterson | Director | donald.kesterson@southflorida.edu | 7336 |
| **Institutional Effectiveness** | Corey Wales | Director | corey.wales@southflorida.edu | 7413 |
| **Lake Placid Center** | Dina Capuano | Coordinator | dina.capuano@southflorida.edu | 7081 |
| **Library** | Lena Phelps | Chair | phelpsl@southflorida.edu | 7304 |
| **Off-Campus Instructional Sites** | Asena Mott | Dean | asena.mott@southflorida.edu | 7041 |
| **Physical Plant/Maintenance** | Brenda Daniels | Director | brenda.daniels@southflorida.edu | 7099 |
| **Safety and Security** | Keith Loweke | Director | lowekek@southflorida.edu | 7219 |
| **Student Government Association** | Andy Polk | Coordinator | andy.polk@southflorida.edu | 7435 |
| **Student Services** | Dr. Mark Bukowski | Vice President | mark.bukowski@southflorida.edu | 7107 |
| **TLC/Writing and Math Lab** | Dr. Keith Cavedo | Coordinator | Keith.cavedo@southflorida.edu | 7404 |

## C. *Institutional Effectiveness*

SFSC is committed to a continuous process of reflecting upon and reviewing its practices' effectiveness in meeting the institution's mission. The Institutional Effectiveness Plan describes how employees of the College meet the mission of the institution through strategic planning, assessment, and continuous quality improvement of learning and services provided to its communities. The College has adopted an overall effectiveness model used for assessment purposes that illustrates the continuous nature of planning, assessment, and improvement activities.

### 1. Strategic Plan

The College Strategic Plan focuses on the institution's direction. Each unit of the College seeks to support the College in achieving the initiatives of the Strategic Plan. Additionally, each College unit contributes to the overall success of the College through the work that it does individually, whether it is educational or administrative. Each unit identifies its mission, outcomes, and performance measures and assesses these outcomes as to whether or not they are effective. Findings from outcomes assessment typically result in a need to improve in a specific area, modification of the target, or creation of new ways to accomplish the outcomes. New initiatives and the need for new resources are then reflected in the annual budget allocation, capital outlay requests, and Unit Action Plan activities. This cyclical process results in opportunities to establish directions, review our progress, and continuously improve the quality and effectiveness of the College.

### 2. Educational Assessment

a) **Educational Program Assessment (EPA)**
The EPA process, established by the Academic Quality Committee, ensures that students achieve the specific learning outcomes of their respective programs. Each unit defines the mission of the program, its learning outcomes, and performance measures. The process and timetable for measuring the learning outcomes are outlined in the EPA Handbook found in Panther Central under the Employee Tab, Institutional Effectiveness. This ongoing process enables members of the faculty and departmental units of the College to improve services and enhance student learning continuously. Once measurements have been analyzed, improvements can be applied to each learning situation, thus using data collection and analysis as a basis for improving learning.

b) **Unit Action Plans (UAP)**
UAPs allow all employees of the College, including all faculty members, to participate in goal setting, budget planning, and annual action plans that support the College's Strategic Plan. Each faculty member can participate in the process of creating goals and outcomes which will then be placed in SPOL, the College's online strategic planning database. The whole process includes not only the goals/outcomes but also

the methods to achieve them, resources needed, measurements and data to be collected, and the timetable for collecting the data. All budget requests must be tied to a goal or outcome. The instructional supervisor will share the plan and details with each new instructor.

c) **General Education Assessment**

General education outcomes assessment provides a method for the institution to demonstrate its level of success on the five general education competencies identified at SFSC:

1. Students will demonstrate the ability to communicate (read, write, speak, and listen effectively).
2. Students will demonstrate the ability to reflect, analyze, synthesize, and apply knowledge.
3. Students will demonstrate knowledge and application of mathematical and scientific principles.
4. Students will demonstrate the ability to find, evaluate, organize, and use information.
5. Students will be prepared to participate actively as informed and responsible citizens in social, cultural, global, and environmental matters.

The Academic Quality Committee (AQC) oversees the College's General Education Assessment. A subcommittee of the AQC facilitates the collection of the data. Data secured by the General Education Assessment process are used by faculty to facilitate data-informed decision-making, make improvements to instruction, and advance student learning and success. The AQC designated that all General Education core courses, as specified by the State of Florida, would be assessed in both the fall and spring terms.

# IV. GENERAL FACULTY INFORMATION

## *A. Faculty Duties and Responsibilities*

Full-time faculty duties and responsibilities are defined below:

- Belong to and perform duties on at least one College committee; many faculty members serve on several committees, task forces, and projects, thus performing an invaluable service
- Attend the Convocation ceremony, graduation, and Collegewide meetings and official functions
- Maintain good relationships with community agencies and groups and participate when appropriate
- Assist in the development and implementation of assessment and planning activities of the College
- Use assessment data for planning and course or program revision

- Maintain currency in the discipline/program areas taught and in teaching strategies and related instructional technology
- Be responsible for the materials and equipment in the course or program taught
- Create, update, and teach the curriculum offered by SFSC
- Maintain all standards with relevant credentialing bodies
- Maintain the collegial atmosphere at SFSC while performing the collaborative and evaluative activities of each department such as textbook selection
- Establish and maintain a positive working relationship with adjunct faculty

For the full job description, please reference the instructional faculty position description found in Appendix A.

### B. *Faculty Credentials and Professional Standards*

The College is committed to student learning and to employing faculty who are highly qualified, dedicated to the community college mission, and who will provide the highest level of collaborative and student-centered instruction. To achieve this goal, the College has established the Professional Standards for Faculty and Academic Administrators to guarantee the establishment of a qualified faculty and its continued improvement. This document describes the role that employees are expected to fulfill, competencies related to successful professional performance, policies for the selection and retention of personnel, laws, and regulations, and accreditation standards. A copy of the document is contained under the Employee tab in the Human Resources section of Panther Central.

SFSC is an equal access/equal opportunity institution (refer to SFSC Administrative Procedure 1100 – Equal Opportunity).

### C. *Salary Schedule*

The SFSC Salary Schedule contains information about starting salary levels for all employees. Salary ranges for each classification, including full-time and part-time faculty, are published in the schedule, as well as rates for hourly employees hired part-time, and supplemental salary rates. A copy of the SFSC Salary Schedule is contained under the Employee tab in the Human Resources section of Panther Central.

When you complete a degree that will change your placement on the salary scale, please notify your instructional supervisor at least 60 days before the award of the degree. (Please refer to SFSC Administrative Procedure 5061—Advancement of Rank of Faculty).

### D. *Faculty Contract*

Formal contracts shall be issued to full-time faculty members who are not on continuing contract status. These contracts shall not exceed 12 consecutive calendar months and are subject to annual reappointment. A faculty contract may be renewed annually and is referred to as an “Annual Contract.”

Full-time faculty will remain on an annual contract for a minimum of five years, provided they receive satisfactory evaluations and meet budgetary conditions each year.

According to SFSC Policy 5.07, upon the recommendation of the president and based on successful performance, demonstration of professional competence, and institutional needs, the Board may grant formal continuing contracts to full-time faculty members. These contracts are issued in accordance with Florida Statutes and State Board of Education Rules. Faculty members with a continuing contract may remain in their full-time position without the need for annual reappointment unless they resign, are terminated, return to an annual contract, or in cases of program consolidation, reduction, elimination, or restriction of required duties.

Upon renewal and approval for continuing contract status, faculty members may be awarded the rank of professor and placed on a "Continuing Contract" beginning in their sixth year of employment.

All adjunct teaching assignments are made by an approved Letter of Intent (LOI). The LOI must be initialed by the department instructional supervisor and signed by the adjunct faculty member and the dean. Usually, the LOI is only issued after the scheduling need is certain, typically based on sufficient enrollment. Should the load requirements of a full-time faculty member necessitate it, a section may be reassigned from an adjunct member to a full-time member of the faculty at any time before the start date of the course.

## *E. Performance Evaluation Procedures*

To help ensure the continuing emphasis on student learning and a collaborative work environment, your instructional supervisor will conduct an annual evaluation to be documented on the Instructional Faculty Performance Evaluation form (see Procedure 5040 – Evaluation of Full-time and Adjunct Faculty). This form is contained under the Employee tab in the Human Resources section under Performance Review in Panther Central.

Adjunct faculty can be evaluated at any time during the year and may be evaluated each term during their first year of employment or re-employment. Adjunct faculty are evaluated based on the terms of their Letter of Intent and relevant duties from the faculty job description.

All evaluations are based on the expectations of your role as a member of the faculty, as taken from the job description.

An adjunct faculty member has the same responsibilities regarding student learning, assessment, course organization, and implementation relative to their academic department and division. You must be available to students and/or maintain limited, posted office hours, for example, one office hour per three-credit course per week. You are invited to attend all academic functions, including department meetings.

## F. *Faculty Evaluation Procedures (SFSC Administrative Procedure 5040 – Evaluation of Full-time and Adjunct Faculty)*

1. **Instructional Supervisor Evaluation**
   To ensure that every department/program works to create a student-centered, active learning environment, the instructional supervisor will perform the following duties:
   a. Visit one or more of your classes and evaluate your performance
      1. These may be unannounced visits
      2. They can occur during the fall or spring term and are due in February/March of each year
   b. Conduct an evaluation conference with you after the class visit to provide appropriate feedback
   c. Prepare corrective action memos, as necessary
   d. Hold additional meetings with you, as needed

2. **Student Evaluation of Instruction (SEI)**
   Student feedback is an important component of instructional improvement and faculty evaluation. Each term, students will evaluate your courses through the College's online course evaluation system, Watermark Course Evaluations. The evaluations are administered electronically and made accessible to students via the College's learning management system.

   At the close of the evaluation period, you will receive a summary report for each course, including aggregated results and student comments. These results are reviewed by you and your instructional supervisor. The appropriate academic dean will also receive a copy of your SEI results for review and discussion, as applicable.

3. **Annual Service Report**
   Full-time faculty members should complete the Annual Service Report prior to the evaluation meeting with their instructional supervisor. With an emphasis on student learning, each faculty member should list all noteworthy activities completed during the year, e.g., courses, activities, awards, workshops, speaking engagements, committee assignments, mentoring undergraduate research, professional meetings, grant activity, new courses developed, major course revisions, community service projects, or any other project or activity that supports student learning.

   Once you and your instructional supervisor have discussed the Annual Service Report, it is forwarded to the dean for review. A copy will be housed in the Human Resources Office's personnel files. The form is available in Panther Central under the Employee tab in Human Resources and under Performance Review.

### G. *Educational Technology Training*

You should be proficient in using D2L Brightspace, SFSC's learning management system, as each of your course sections will have an online presence. At a minimum, each section should include the course syllabus and student gradebook. You are encouraged to enhance your courses by utilizing additional D2L Brightspace tools, such as email, discussion boards, drop boxes, and quizzes. Additionally, familiarity with Panther Central, SFSC's website, Outlook email, Zoom, and other organizational and communication technologies is essential for effective instruction and engagement.

The Teaching Excellence Academy instructor training is offered fully online allowing 15 working days to complete. Upon completion, instructors may teach all modalities. This training is self-paced and focuses on best practices in teaching and Quality Matters Higher Education 7th Edition rubric, the standard for quality at SFSC. This training is required as a condition of employment and is provided by SFSC's Office of Educational Technology. Various other technology training opportunities are available through the Office of Educational Technology and the Center for Innovative Teaching (CIT).

The CIT, located in H110 and H112 on the Highlands Campus, is a place for faculty to gain access to technology training and support, professional development opportunities, and instructional design assistance. The Center includes a large training facility, a Hyflex meeting space, and a recording and podcast studio.

### H. *Staff and Professional Development (SPD)*

SFSC values lifelong learning and is committed to supporting employees in their professional growth. Each year, the administration budgets funds to help staff and faculty enhance their skills and participate in meaningful professional activities.

Faculty members who wish to attend off-campus meetings, training sessions, or classes may request funding through the Staff and Professional Development (SPD) program. Prior approval must be obtained before enrolling in any training to ensure eligibility for funding. Faculty should apply in advance by following SFSC Administrative Procedure 5011 – Staff Development and submitting all required paperwork with the necessary signatures. Early application helps secure funding and allows for better planning.

### I. *Orientation*

As a new employee, you are invited to attend an SFSC orientation session specifically designed for new faculty and staff. You will be introduced to many of the administrators and other colleagues important to your effectiveness as an instructor. You will also be led through several processes such as electronic access to various documents and communication channels. The orientation is typically held the first duty week before classes start.

### J. *Microsoft Outlook Email*

Microsoft Outlook is the provider of the College's email system. The majority of College and unit information is sent via email. You will be assigned an email address and provided with training. Contact ext. 7462 or helpdesk@southflorida.edu with any problems.

### K. *Panther Central*

Panther Central is the portal for internal information and resources for the College. Some of the material you can access in Panther Central include:

- College Policies and Procedures (under the Home tab in the Employee Quick Links section)
- Forms (including Leave Request, SPD Funds Request, Travel and Expense Form, Room Request, Incomplete Grade Report, Employee Information Change)
- Committee Information
- Faculty Dashboard which provides access to Banner where you can get your rosters and enter grades (under the Faculty tab)
- Employee Dashboard which provides access to Banner where you can find your payroll and leave information
- D2L Brightspace
- Curriculum Support (under the Faculty tab)
- Institutional Effectiveness information including access to SPOL (Strategic Planning Online) (under the Employee tab)
- Public Relations Resources (under the Home tab)
- Educational Technology Resources (under the Faculty tab)

### L. *Generated ID Numbers (GID)*

The GID will serve as your employee identification number instead of your Social Security number. You can obtain your picture identification card featuring the GID at the Welcome Desk located within the Student Services Office of the Catherine P. Cornelius Center Student Services and Classroom Complex (Building B).

### M. *Parking Decals*

Full-time faculty are provided with "Reserved" decals. Parking designations are assigned by the Human Resources Office. Adjuncts will be assigned an employee/staff decal.

### N. *Mail*

You may be assigned a mailbox. Please check your mailbox regularly. Outgoing mail is processed daily at 10 a.m. A courier delivers interoffice mail to and from the Highlands Campus and the other campuses/center on Tuesdays and Thursdays.

## O. Teaching Assignments

Your load requirements and the procedures that govern load can be found in SFSC Administrative Procedure 5220 – Workload for Full-Time Instructional Faculty. Teaching loads are calculated following those procedures through the College's administrative software system (Banner).

**Overloads**

a) All instructional overloads (courses taught in addition to the full-time faculty load requirements) are to be approved in advance by the instructional supervisor and the appropriate dean.
b) Overloads are assigned on a volunteer basis; your requests for overloads may be made to your instructional supervisor and will be approved only when scheduling needs demand it.
c) If you are full-time, you are limited to no more than two overloads per term unless approved by the appropriate dean and VPAA. When determining which courses are part of your load and which are overloads, the courses with the largest enrollments shall constitute the regular load. Courses from your regular department will count toward load before courses from another department.
d) If you are an adjunct, you are limited to three sections unless approved by the appropriate dean and VPAA.
e) The instructional supervisor is required to determine all departmental overloads each term and to secure the appropriate dean's approval. Failure to properly document overloads could result in your nonpayment.

## P. Commencement Activities

If you are a full-time member of the faculty, you are expected to participate in the Commencement ceremonies held at the end of the fall and spring terms each year; academic regalia will be provided. Contact the Bookstore for more information regarding regalia.

## Q. Communication Channels

Communication is essential to the effective operation of the College's academic divisions; therefore, the principal communication channels must be understood and used appropriately.

1. **Contact your instructional supervisor for any of the following situations:**
   a) In all discussions regarding course scheduling or when requesting any type of leave
   b) In initially posting office hours and in verifying your instructional teaching load (refer to SFSC Administrative Procedure 5220)
   c) When evaluating or providing feedback about a textbook
   d) When completing course syllabi, if making major changes in the course delivery system or technology, and making changes in the master course descriptions

e) In matters regarding student attendance and behavior, the College has procedures relating to attendance and disciplinary matters; the instructional supervisor is responsible for overseeing the proper execution of these procedures
f) In matters relating to general administrative procedures, such as registration, filing of reports, etc.
g) As the initial contact between you and the administration
h) In all discussions involving examination proceedings: both the extent and nature of the course exams
i) In initiating particular requests on your behalf
j) Regarding questions related to the College evaluation, promotion, and contract conditions
k) Regarding certification/professional development issues
l) In all matters deemed important by you with which the instructional supervisor can be of assistance

2. **Contact the deans in all the following situations:**
    a) Questions regarding College policies or procedures after initial consultation with the instructional supervisor
    b) When College appeal procedures require attention to a particular matter
    c) As an arbiter in all administrative disputes between you and your instructional supervisor
    d) When you have initiated a change of grade
    e) In all cases when the instructional supervisor is unavailable
    f) In questions regarding faculty evaluations
    g) In all cases involving requests from faculty regarding professional or administrative reassignment

## *R. Faculty Meetings*

Division and departmental faculty meetings are held regularly on the Highlands Campus or on Zoom. Should you be unable to attend faculty meetings, you should make sure to communicate with the appropriate dean and/or instructional supervisor.

## *S. Faculty Organizations*

To foster your professional growth and advancement, the College recognizes and encourages your participation in organizations. Participation in faculty organizations is not to interfere with staffing or instructional duties.

1. The Association of Florida Colleges (AFC) is the statewide organization providing professional development activities and representation to the Florida legislature. Membership is voluntary and widespread among College employees. The College chapter of AFC annually elects officers and conducts staff development, fundraising, and social activities periodically through the fall and spring terms. A faculty commission exists within the AFC that deals with faculty issues on the state level.

Please see the following link for additional information: southflorida.edu/faculty-staff/afc/become-member

2. All full-time faculty members are automatically members of the Faculty Council. Faculty Council meets as needed during the fall and spring terms and serves as a forum to discuss faculty issues, present faculty concerns, and offer recommendations to the administration.

### *T. Committees*

As a member of the full-time faculty, you are required to serve on at least one of the College's standing committees. These committees provide the faculty with the opportunity to participate in the governance of the institution. When warranted, ad hoc committees or task forces are developed to serve a special need, and faculty may be appointed to serve on these committees as well. The Learning and Student Success (LASS) Committee serves as a clearinghouse for all proposals having to do with student learning and, therefore, as an umbrella over the rest of the academic standing committees. It coordinates with its standing committees including Academic Quality, Curriculum, eLearning, and Student Success. Certain other committees have Collegewide or task-specific responsibilities: Staff and Professional Development, Academic Appeals, and Commencement (refer to SFSC Administrative Procedure 2180 – College Committees). The Committee Handbook found in Panther Central lists the College committees and their functions.

Faculty participation in institutional committees is essential to the governance and advancement of the College. Serving on at least one standing committee ensures that faculty contribute to decision-making processes that impact student learning, academic quality, and institutional growth. Active engagement in committee work strengthens collaboration, enhances academic initiatives, and upholds the College's commitment to excellence.

### *U. Safety and Security*

SFSC strives to provide a safe and secure environment for students, staff, faculty, and visitors. All members of our community contribute to the success of our College's overall safety plan. As a faculty member, please report any suspicious activity or emergency concerns to officials. In the event you are faced with a 9-1-1 emergency, please call 9-1-1 first to get fire, EMS, or the police dispatched to your location. Then, as soon as possible, contact the College security personnel and inform the College of the emergency. Security can help direct emergency responders to your exact location, provide aid, and bring additional needed resources to your location. In the event your worksite does not have security, the front office serves as the point of contact. Below please find important contact numbers. It is suggested that you program these numbers into your cellphone to ensure you have an immediate connection should an emergency arise.

**Contact Numbers**

| | |
|---|---|
| Emergency Services (EMS, Fire, Police) | 9-1-1 |
| Highlands Campus – Security | 863-453-0806 |
| DeSoto Campus | 863-784-7040 |
| Hardee Campus | 863-784-7060 |
| Lake Placid Center | 863-784-7080 |

When describing the incident, please convey all the requested information including, at a minimum, the five items listed below:

- Nature of the incident
- Location of the incident
- Description of the person(s) involved
- Description of the property involved
- Type of assistance needed

**What happens in an emergency? How will I be notified?**
When an emergency notification is necessary to inform our campus community, SFSC pushes safety alerts out through multi-delivery methods to ensure redundancy. Faculty, staff, and students may receive messages via:

- Public announcement speakers around campus
- Text messages
- Email
- College's website

**Classroom Safety Equipment**
By the main entrance door to each classroom, you should find several valuable safety items:

- **Campus Specific Emergency Response Quick Reference Guides** – These are colorful flip charts that provide contact information and direction on handling a variety of emergencies that may be encountered (e.g., fire, chemical spills, lockdown, utility failure, evacuation and rally points, and IT issues).
- **A classroom Egress Map** – This map provides the fastest and safest exit routes from your classroom.
- **A Safety Key** – The safety key is used to secure your classroom door from the inside in the event you need to lock down/shelter in place. The key is located in a black key box by the door frame (the key should be returned to its box after use).
- Some classrooms will also have a telephone which is contained within the smart podium.

**Safety Escorts**
SFSC offers the program "Safe Rides." This service provides free safety escorts for both students and faculty/staff within the boundaries of the College campus/site. To request

an escort, please contact Security or your campus' main office. Services may be temporally delayed during unsafe weather conditions (lightning).

**After Hours Access to Campus Facilities**
Standard College operations are conducted between the hours of 8 a.m. and 10 p.m. Monday through Thursday, and 8 a.m. and 5 p.m. on Friday. The College is closed to students and visitors outside of regular business hours, except for library usage, evening and weekend classes, and special events. Staff and others wishing to access the facilities outside the normal working hours must advise Security or the applicable satellite campus/center coordinator of their intent upon arrival. Arrangements will be made to grant access. If an employee is scheduled to regularly work after hours (e.g., custodians), notification is not required.

**Safety Concerns**
If you notice a safety concern either on campus or in your classroom, feel free to reach out to any member of the campus safety and security team or the director of safety and risk management so the matter can be promptly addressed.

**Additional Resources**
Faculty seeking additional information on SFSC's safety plans should consult the College's Employee Safety Manual or contact the director of safety and risk management.

# *V. Resources*

## *A. Library Services*

Located on the second floor of the Learning Resources Center on the Highlands Campus and at each campus/center, the library provides a wide range of services including an online catalog, electronic databases, interlibrary loan, reference assistance, and instruction. Primo (https://sfsc-flvc.primo.exlibrisgroup.com/discovery/search?vid=01FALSC_SFSC:SFSC ), which includes the online catalog, Library Card, and electronic databases, can be accessed from any computer with internet access. Besides the substantial print collection available at the Highlands Campus, print collections are also available at the DeSoto Campus, the Hardee Campus, and the Lake Placid Center.

You can set up appointments for library instruction sessions to increase information literacy across the College. Library instruction sessions can be in your classroom or via Zoom at any of the campuses/center. You are also encouraged to send copies of your writing practices/assignments to the reference staff so they can better serve students. Click on this link to set up a session: https://southflorida.libwizard.com/f/SFSC-Library-Instruction-Request.

Library or personal items may be put on reserve for your students to use in the library or for a variety length of time. Click on this link to request a reserve: https://southflorida.libwizard.com/f/SFSC-Library-Reserve-Request.

Members of the faculty are issued a College photo ID, which is also their library card, and is needed to check out materials, access the electronic databases, and use interlibrary loan services.

A quality collection is the foundation of any library. The library staff welcomes recommendations of print and electronic learning materials to add to the collection or of those materials that should be removed because they are obsolete (refer to SFSC Administrative Procedures 2062 and 2064).

## *B. Tutoring Services*

**Tutoring and Learning Center (TLC)**

Unlimited free tutoring is available for all SFSC students in math (all levels), writing (all classes), and Anatomy & Physiology. Walk-ins are welcome, but appointments are preferred and take priority. Appointments are available in-lab (all subjects) as well as by Zoom for math and writing. In addition, email appointments are available for writing.

**Schedule an Appointment: libcal.southflorida.edu/appointments/sfsctutoring**

**Math Lab**

Tutoring for all math courses
Location: Y-103, Highlands Campus
Phone: 863-784-7204

**Writing Lab**

Tutoring for all courses/writing assignments
Location: Y-105, Highlands Campus
Phone: 863-784-7519

**Science Lab**

Tutoring for Anatomy & Physiology
Location: HSEC-212, Highlands Campus
Phone: 863-784-7204

For additional questions about SFSC tutoring, contact Dr. Keith Cavedo, TLC coordinator, at 863-784-7404 or **cavedok@southflorida.edu**.

**Brainfuse**

Brainfuse provides tutoring on a variety of subjects and offers two hours of free tutoring per term. A “Tutoring” link appears on the course navbar in D2L Brightspace. From the drop-down menu, students can access **SFSC Tutoring** and **Brainfuse**. Students can request additional free hours through Brightspace Support at 863-784-7017 or **BrightspaceSupport@southflorida.edu**.

## C. *Multimedia Support*

The Office of Educational Technology's multimedia support staff provides technical support for classroom technology and general assistance with multimedia such as audio and video production. Information Technology (IT) supports teleconferencing, web conferencing, networking (internet), and College-owned computers and laptops. If needs are networking, teleconferencing, or computer-related, IT is the contact; if needs are multimedia-related (e.g., projectors, touch-screen boards, and SMART boards), the Office of Educational Technology is the responsible department.

1. Multimedia support staff provide planning and technical support for Smart classrooms and other media needs for all sites. Classroom support includes:
   a) Troubleshooting of podium technical components
   b) Assistance with presentations (ensuring that the presentation can be viewed from CD, DVD, computer, or USB device)
2. Media services and instructional technology staff are available Monday through Friday, 7:30 a.m.–4:30 p.m. Hours may vary depending on need. After-hours service is only available for emergencies that may happen in scheduled classes and events. Support for after-hours events requires prior scheduling with the IT Help Desk.
3. To place a service call during normal working hours, call ext. 7462 or email the Help Desk at helpdesk@southflorida.edu. You will be required to provide your name, telephone number, location, SFSC property number, and the nature of the problem.

## D. *Information Technology (IT)*

The IT Office (IT) supports a wide range of selected hardware and software, including telephones, Microsoft Office, Outlook email, Banner, Panther Central, etc. Requests for new technology must be approved by IT. IT has a list of approved hardware and software. If you have software you would like to have installed on your SFSC computer or if there is a problem with your College-issued computer or any hardware in your classroom or office, contact helpdesk@southflorida.edu.

IT supports teleconferencing, web conferencing, networking (internet), and College-owned computers and laptops.

## E. *Requisition of Materials/Supplies*

1. Each department is provided with an annual budget for materials and office supplies. You should participate in the budgetary request process through your instructional supervisor when the annual budget requests are being prepared early in the spring term. Special consideration shall be given to budgetary requests that are included in the College Strategic Plan or Unit Action Plan in response to assessment findings. Departments must stay within the allocated budgets for materials and supplies. If modifications to budgets are needed, the instructional supervisor will work with the deans to identify available resources.

2. You would purchase office supplies in departmental accounts through Office Depot or the SFSC Bookstore, though you may find that many supplies are available through your instructional supervisor or payroll liaison. SFSC has negotiated deep discounts on most office supply products through the Office Depot corporate website (business.officedepot.com). You should coordinate your office supply needs through your instructional supervisor.
3. Follow the College's procedure for procurement for all purchases (refer to SFSC Administrative Procedure 4040 – Purchases of Goods and Services). The controller sets the cut-off dates for making purchases and purchasing activity is limited when the Business Office does its closing procedures.
4. If the monetary value of materials exceeds $750 or the supplies are needed for a project, follow the capital outlay process for the funding request. This process usually requires planning before the need arises and consideration in the Unit Action Plan for funding approval. See your instructional supervisor for further information.

### *F. Work-Study Assistance*

You may request a work-study student to assist in your teaching lab or other areas where additional support is needed to maintain a safe and productive learning environment. For more information, contact the Career Development Center at 863-784-7410.

### *G. Counselor Assistance*

1. The Student Services Office utilizes an early alert system to facilitate communication between faculty and support services regarding students who may need additional attention. Faculty can use this tool to report any issues affecting student success and can expect a response. Serious disciplinary concerns should be referred to the vice president for student services. Faculty are encouraged to keep detailed records of any student-related issues and to communicate with their instructional supervisor as needed.
2. SFSC partners with BayCare to offer free behavioral health services **to students**. The BayCare Student Assistance Program can be utilized for free via email or phone, 24 hours a day, seven days a week by visiting BayCare's custom online portal, calling 800-878-5470, or emailing BayCareSAP@baycare.org.
3. Florida's Online Learning Resource Center (FLVC.org) maintains a comprehensive, interactive, system where current and prospective students, parents, faculty advisors, and other interested individuals can receive information online. Academic advising, admissions information, career resources, financial aid information, and registration/records information are available. All Florida public and post-secondary institutions have a webpage. Anyone needing assistance in accessing this information may contact the Advising and Counseling Office.

### *H. Testing Center*

The South Florida State College (SFSC) Testing and Assessment Center provides testing services for SFSC students and faculty, as well as other educational institutions and community members.

The SFSC Testing and Assessment Center administers make-up tests, online tests, and other special exams at the request of an instructor. Exams are administered in a quiet, safe, and secure testing environment and are closely monitored by Testing Center staff. Contact the Testing Center for any testing needs: 863-784-7214 or Testing@southflorida.edu.

### *I. SFSC Website*

The following resources can be found on the SFSC website: southflorida.edu

**1. Daily Connection**

College information is routinely shared via Daily Connection and should be checked frequently. Daily Connection can be found on the SFSC website under the Faculty and Staff Tab.

**2. College Calendar**

The College Calendar is found on the SFSC Website under The College tab and includes dates for registration, drop period, withdraw, first and last day of classes, deadline for grade submission, and other important dates.

**3. College Catalog**

You are encouraged to become familiar with the SFSC Catalog where important dates and specific academic information are located. The College Catalog is found under the Current Students tab: southflorida.edu/current-students/college-catalog.

**4. Student Handbook**

Policies concerning student behavior, rights, services, and requirements are explained in the SFSC Student Handbook. Please encourage students to access a copy online. All faculty should be familiar with the contents of this document. The Student Handbook is found under the Current Students tab: southflorida.edu/current-students/student-handbook

## VI. Curriculum

### *A. Textbook Adoption*

The instructional supervisor is responsible for selecting/adopting texts each term. Fall term book adoptions are due by April 15, spring term book adoptions are due by October 15, and summer term book adoptions are due to the Bookstore by March 15. No fewer than 30 days before the beginning of each term, text adoptions will be listed by the Bookstore manager on the Bookstore website (refer to SFSC Administrative Procedure 4041 – Textbook Adoption).

1. Textbooks (electronic or print) should:
   a) Support achievement of course learning outcomes
   b) Be adaptable to a variety of learning styles
   c) Be consistent with reading levels appropriate for student use
   d) Promote high-order thinking
   e) Provide objectivity; be free of bias and prejudicial content
   f) Represent a good value for the student, including consideration of Open Educational Resources (OER) as cost-effective alternatives when appropriate
2. Adoption of course texts shall use the following procedures and guidelines:
   a) Faculty will work with the instructional supervisor in selection/adoption of texts each term.
   b) You may not select alternate or additional texts without the permission of the instructional supervisor or dean.
   c) Adopted textbooks must conform to college-level expectations and requirements, such as readability and content.
   d) Faculty will consider student financial concerns in adopting texts and not require excessive numbers of texts. All items that are identified as required for each class, particularly items sold as part of a bundled package, need to be used in class by all instructors.
   e) It is the responsibility of the faculty to communicate directly to the instructional supervisor all concerns and recommendations regarding text selection, changes, and availability.
3. Concerning textbooks, follow these guidelines:

You ***may***:

   a) Receive sample copies, instructor copies, or instructional materials
   b) Receive royalties or other compensation from sales of textbooks that include the instructor's writing or work
   c) Receive honoraria for academic peer review of course materials
   d) Receive fees associated with activities such as reviewing, commenting on, or preparing support materials for textbooks or related support materials
   e) Receive training in the use of course materials and learning technologies from textbook representatives

You ***may not***:

   a) Demand or receive any payment, loan, subscription, or advance
   b) Receive a deposit of money, service, or anything of value, present or promised, in exchange for requiring students to purchase a specific textbook for coursework or instruction
   c) Sell any sample copies, instructor copies, or instructional materials, if they are specifically marked as free samples, not for resale
   d) Sell academic materials, including texts, supplementary texts, and other materials directly to students

### B. Turnitin.com

Turnitin.com is an online tool that assists faculty in promoting academic integrity by checking student work for originality. It compares submissions against a vast database of academic papers, websites, and other sources to identify potential plagiarism. Turnitin also provides feedback tools to support student learning and writing development. Please reach out to Educational Technology at ext. 7017 for more information.

### C. Course Development and Improvement

Course development and improvement are a continuous process at the College. You, as well as instructional supervisors, deans, and other responsible personnel, are encouraged to maintain an ongoing review of the current offerings and recommend changes or new courses to meet student and community needs and improve student learning.

- **Curriculum Developments/Revisions/Deletions**

  All proposals for courses, programs, or fee developments/changes/deletions must be processed through the coordinator of curriculum support (ext. 7488) and follow the procedure outlined below:

  a) Before developing/revising/deleting courses or programs, contact the Office of Curriculum Support.

  b) The instructional supervisor will be responsible for ensuring that all Curriculum Proposals are complete, accurate, documented, and follow all applicable policies and procedures.

  c) A member of Curriculum Support will assist faculty in the development and collection of information for the course or program approval forms.

  d) When developing/revising/deleting a new course or program, the necessary Curriculum Proposal forms must be completed and submitted to the Curriculum Support Office for standardization. The proposal forms will then be forwarded to the division dean and VPAA for review and approval before submission to the Curriculum Committee for consideration.

  e) After review and approval by the division dean and VPAA, proposals/forms will be sent to the Curriculum Committee for review and approval. The Curriculum Committee may approve, ask for additional information, or deny the application. The approved curriculum made by the committee will be sent to the VPAA and for LASS Committee's approval.

  f) Proposed curriculum will be submitted to the SFSC District Board of Trustees for final approval.

- **Course Changes**

  a) Course offerings are reviewed annually and fees biannually. This is the responsibility of the instructional supervisor, who submits to the dean an annual report specifying all recommendations regarding new course offerings and current fees.

b) The instructional supervisor may recommend the deletion of courses that have not been offered within five years.
c) Course development must proceed following existing articulation agreements and applicable state statutes and regulations.

- **Procedure for Fee Requests**
  The instructional supervisor will be responsible for ensuring that all fee proposals are complete, accurate, documented, and follow all applicable policies and procedures. **NOTE: Fee requests can only be recommended during the biannual fee review.**
  a) All laboratory and course fees must be approved through the biannual fee review approval process and go through the instructional supervisor, dean, controller, LASS Committee, and the District Board of Trustees.
  b) All new courses and programs, major modifications, and fee changes must be based on demonstrable needs, as determined by needs assessment information and identified support resources.
  c) Course offerings and fees are reviewed annually. This is the responsibility of the instructional supervisor, who submits to the dean an annual report specifying all recommendations regarding new course offerings and current fees.

## *D. Special/Directed Independent Study (SIS/DIS)*

Special Independent Study (SIS) and Directed Independent Study (DIS) are used at the College under special conditions. You may be asked to specially design a DIS course when no regular College course is available. This allows a student to pursue special topics within an academic discipline under the leadership of a qualified member of the faculty. DIS courses are formally scheduled as any other course within a specific term and may be scheduled on a Cooperative Education (Co-op) basis. They are usually designated by the Common Course Number 2949, for example, PSY 2949 Co-op Education Training Assignment in Psychology, or by the number 2905, for example, HIS 2905, Directed Study in Local History.

A Special Independent Study course (SIS) involves a student enrolling in a regular college course on an independent basis. This is permitted when the student is unable to register for a needed course because of one of the following reasons:

a) Medical or other problems prevent the student from attending regular classes.
b) The student is in his or her last term and the course(s) needed for graduation are not being offered.
c) The course for which the student registered was canceled due to insufficient enrollment and no other section is available.
d) The student has experienced an unexpected event or problem beyond the student's control during the course itself and wishes to transfer to SIS to complete the course.

The following conditions govern all Independent Study courses:

a) A maximum of 15 semester hours may be earned by a student through Independent Study.
b) A registration form obtained from the registrar must be submitted to the department instructional supervisor who selects a faculty member and submits it to the appropriate dean for approval.
c) If you supervise an Independent Study, you must comply with the following regulations:
    a. Complete and have the SIS/DIS form approved
    b. List all assignments required of the student
    c. Describe and follow the grading policy
    d. Note all sessions in which attendance will be required
    e. Ensure that the course outcomes are met
    f. Submit the grade to the registrar in the approved manner
    g. You will be paid according to the Salary Schedule for each DIS/SIS/Co-op student supervised.

## *E. Cooperative Education (Co-op)*

Credit through Co-op experience is available at the College. All students desiring to engage in a Co-op project must work with the Career Development Center to obtain a faculty advisor or sponsor who agrees to work with them. You will be paid the Salary Schedule rate per student upon the completion of the Co-op experience. Proper authorization and approval must be obtained by processing the appropriate forms. For additional information contact the Career Development Center at ext. 7410.

The following procedures are required for a Co-op project:

1. The student and you must establish specific project objectives that are measurable and appropriate.
2. The employer or external supervisor must agree to evaluate the student's efforts during the project.
3. You must agree to several site or project visitations.
4. The Co-op proposal will contain specific procedures as to how and when the particular objectives will be met.
5. You must assume full responsibility for assuring that all Co-op forms are properly processed, completed, and signed by the appropriate personnel.
6. Students are limited to a maximum of seven Co-op credit hours. (Co-ops may be for 1, 2, or 3 credit hours each.)

## *F. Credit by Experience*

Students may earn college or career credit through the process of Credit by Experience (see SFSC Administrative Procedure 3112 – Awarding Accelerated/Experiential Learning Credit).

1. The registrar pre-screens the student's request to determine the student's eligibility.

2. A full-time faculty member reviews the student's portfolio or performance demonstration.
3. The instructor determines whether the student has the competencies or knowledge/learning outcomes of an existing college course. If you determine that a student has demonstrated a course's outcomes, you will recommend the award of the appropriate credit. Instructors who perform this service for students are paid a fee according to the Salary Schedule.

Other additional available mechanisms that the College uses to demonstrate competencies or knowledge/learning are College Level Examination Program (CLEP) tests, the Advanced Placement (AP) test, the International Baccalaureate (IB) program, DANTES, as well as business and military programs included in the American Council on Education (ACE) Guide to the Evaluation of Educational Experience in the Armed Forces.

## VII. Classroom Management

Learning is the essence of the educational process. The creative and successful classroom, whether face-to-face or online or any combination thereof, is necessary to the core of SFSC's mission. SFSC's primary purpose is to ensure student learning by defining measurable outcomes and then designing an active, supportive, engaging, and rigorous learning environment for students.

D2L Brightspace is the name of the course management software at SFSC, and it makes sections available to students on the first day of class every term. On the first day of class, students should be able to participate fully in the class with all the appropriate materials.

### A. *Registration*

Class rosters and class schedules can be obtained through Banner which can be accessed through Panther Central under Faculty > Faculty Dashboard.

The College Academic Calendar for each term lists the last day to drop, the first and last day of classes, and the day grades are due. The PDF of the Academic Calendar can be found on the SFSC website under the tab, The College.

Courses during the fall and spring terms are offered in eight-, 12- and 16-week sessions. The summer term consists of 12- and six-week formats. All flex session courses are subject to the following regulations:

1. Flex session courses are scheduled by the instructional supervisor and are published online.
2. Overloads are voluntary, according to Procedure 5220 – Faculty Workload, so the instructional supervisor must find an instructor before allowing students to enroll in any section offered as an overload.

### B. *Grading and Grade Changes*

You can access your grade roster(s) through Banner in Panther Central under Faculty > Faculty Dashboard. You must enter grades into Banner each term according to the deadlines published in the SFSC Catalog and the Academic Calendar and by the Office of the Registrar.

1. The instructional faculty is responsible for issuing grades. Assign grades following the College grading policy seen below as stated in the course syllabus. The grades that you may assign are as follows:

| Grade | Percent | Definition | Quality Points |
|---|---|---|---|
| A | 90-100 | Excellent | 4 |
| B | 80-89 | Good | 3 |
| C | 70-79 | Average | 2 |
| D | 60-69 | Passing | 1 |
| F | 0-59 | Failure | 0 |
| I | | Incomplete | |
| W | | Withdrawal | |
| N | | Audit | |
| S/P | | Satisfactory/Pass | |
| U | | Unsatisfactory | |
| N/A | | Non-Attending | |

2. Use the following guidelines in assigning grades:
   a) A, B, C, D, and F Grades: Students will be assigned these grades consistent with their performance based upon the course grading policy and the quality points as noted above.
   b) I Grades: Complete an Incomplete Grade Report for each I grade and turn it into the Records Office (available on Panther Central under Faculty Forms).
      i. Students who have participated throughout the term but are unable to complete all course requirements (such as a term paper, project, or final exam) because of illness or other extenuating circumstances may request a grade of incomplete.
      ii. If a student receives an I grade, they will have until the end of the next term to make up the work in the course as outlined in the Incomplete Grade Report. If a faculty member does not enter grades by the time grades are due, an "I" grade will be entered, and then the faculty member must submit an Incomplete grade form for each student with the appropriate grade posted.
      iii. If the student does not complete the assigned work, the grade is automatically changed to an F at the end of the next term.
      iv. Incomplete grades in competency-based programs are governed by the appropriate departmental policies.

c) N Grades: The grade of N is used in completely competency-based courses (normally, clock-hour occupational courses) and may not be assigned in college credit courses. The "N" signifies that the student is making progress toward completing the competencies of the course but has not reached a point at which a grade may be assigned. It is non-punitive in that it does not count against a student's GPA. For athletic purposes only, it will be calculated as a C when determining eligibility for student athletic activities.

d) W Grades: A grade of W is assigned when a student withdraws or is withdrawn from the course. You may withdraw a student for academic or attendance reasons. Students may withdraw up to the Last Day to Withdraw.
   i. Students in their third attempt in a course must be assigned a grade of A, B, C, D, or F. These students cannot be withdrawn.
   ii. If a student has not attended a class by the last day to drop classes with a refund or change to audit status, the instructor must report the student as a No-show.
   iii. You may withdraw a student for excessive absences. Refer to the SFSC Catalog for additional details.

e) X Grades: The grade of X is used as the final grade for a student who has taken the course for audit. Students may register to audit a course or may switch to audit up to the Last Date to Change from Credit to Audit published in the Academic Calendar. After this date, students will be locked into credit or audit status. You must determine the requirements for audit students. These may range from no requirements to attendance and/or ungraded assignments.

f) S and U Grades: "S" stands for satisfactory and "U" for unsatisfactory. These grades may only be assigned in non-credit courses such as those taught in Corporate and Community Education and certain occupational courses such as clinical experiences.

g) A., B., C., D., F.: Grades followed by a period are awarded in a college preparatory class.

3. Only the faculty of record is authorized to initiate changes in permanent grades (unless the faculty of record is no longer available).
   a) A grade becomes permanent once the registrar rolls it into the academic records.
   b) Permanent grades may be changed by the faculty of record using the Change of Permanent Grade form. This form is used when 1. the grade was entered in error (if you incorrectly calculated or marked the grade) or 2. for other reasons which you carefully document in writing on the Change of Permanent Grade form. (Available on Panther Central under Faculty Forms)
   c) All requests for changes in permanent grades must be submitted to the instructional supervisor and appropriate dean before submission to the VPAA for final approval.
   d) The College administration reserves the right to deny requests for permanent grade changes due to insufficient or inappropriate justification.

e) Requests for changes in permanent grades will not be honored for providing a student an opportunity not provided to all students in the course such as retaking exams or submitting late assignments.

If you have any problems entering grades or accessing the Incomplete Grade Report, you should contact your instructional supervisor and the Registrar's Office.

## *C. Course Syllabus*

A course syllabus represents a contract between the College and the students in the course. It is an important document that should be prepared carefully, thoroughly, and reviewed/updated every term the course is taught.

1. Your division may have a template to follow. Check with your department chair for any required elements.
2. A copy of the written syllabus must be sent to the instructional supervisor and appropriate dean every term for review.
3. Components of a syllabus may include:
    a. The course prefix; number; title; meeting days, times, and location; the instructor's name, office location, office hours, telephone extension, and email address
    b. All textbooks and related course materials, required or recommended
    c. The catalog description
    d. The class attendance policy and tardy policy
    e. The grading and examination policy, including applicable cheating and plagiarism policies
    f. Information detailing all class assignments and due dates
    g. Method for evaluation assignments
    h. A statement describing the calculation of the final grade
    i. The College policy regarding visitors in the classroom
    j. The College policy regarding observance of religious holidays
    k. The students with disabilities policy
    l. Other content as prescribed by the appropriate dean
4. There are several other optional information items that faculty may wish to include in a syllabus (or a syllabus packet)
    a. List significant College dates for the term, e.g., holidays and last date to withdraw with a W
    b. Explain the purpose of the course, e.g., how it fits into the student's overall education program and/or life
    c. List important, relevant web addresses
    d. Explain how this class prepares the student for employment
    e. List any guest speakers
    f. Smoking, eating, and drinking prohibitions
    g. Lay the groundwork for Student Evaluation of Instruction (SEI)

5. Announce your preferred method(s) of communication (phone, F2F, email) with contact numbers and email
   a. Publish a communication commitment that you will respond to emails/voicemails/discussion items within 48 hours
   b. Notify students that communication within the eLearning environment is not private
   c. List possible consequences for inappropriate communications or online behavior
   d. Describe how any syllabus changes will be communicated to students
   e. Include a copyright statement on instructional materials, properly crediting the source and ensuring that all copyrighted materials are used in compliance with copyright laws. Refer to Procedure #1140 – Copyright Compliance for further guidance.

### *D. Accessibility*

In conjunction with the disabilities specialist, instructors are called upon to make their instructional materials as accessible as possible. By utilizing the principles of Universal Design, instructors can design curriculum that gives all students an equal opportunity to succeed.

To help satisfy the requirement to comply with the Americans with Disabilities Act and meet College Policy 1.10 – Equal Opportunity, there are tools available to assist all instructors with meeting this critical obligation:

- D2L Brightspace is guided by the most up-to-date accessibility standards. There is an Accessibility Checker in the D2L Brightspace Editor that guides instructors on how to improve their content to meet these standards.
- The Ally accessibility tool is integrated in every course in D2L Brightspace. It provides alternative accessible formats that can be downloaded, instructor feedback which guides faculty on how to improve the accessibility of their course content, and institutional reports.
- ReadSpeaker provides text to speech in D2L Brightspace's Content, Discussions, Dropboxes, and Quizzes.
- There is an accessibility checker in Word. An information guide can be found in Panther Central under Public Relations Resources.
- Additional guides are also available in Panther Central under Faculty>Educational Technology>Instructor Tool Kit.

### *E. Class Rosters*

You can obtain class rosters through Panther Central under the Faculty Tab > Faculty Services Home Page. Instructors should check the roster against the students present.

1. Any student present, whose name does not appear on the roster, should be directed to contact the registrar before the next class meeting. You may not allow unregistered students to attend class.

2. If a student's name appears on the roster but the student is not in class, the student should be reported as a no-show during the appropriate no-show reporting period, typically the second week of the term.
3. No visitors are authorized to be in the classroom, including children of students.
4. You should recheck rosters after the first few weeks of class because of add/drop. For each section, ensure that the D2L Brightspace list agrees with the Banner list. Any missing or extra students must be reported both to the Office of the Registrar and the Office of Educational Technology.

### *F. Guest Speakers*

If you plan to invite an outside lecturer or resource person to your class, approval must be obtained before final arrangements are made. Refer to Procedure 3010 – Cultural Programming Guidelines on Freedom of Expression. Refer also to Procedure 3011 – Academic Freedom.

### *G. Classroom Access*

If you need a classroom opened on the Highlands Campus, contact Campus Security at 863-453-0806. Someone will be dispatched immediately to unlock the door. At DeSoto, Hardee, or Lake Placid, check with the campus/center coordinator for instructions.

If a key is necessary, the appropriate instructional supervisor or campus/center coordinator will request that one be issued. You will sign for the key and be responsible for it. As a keyholder, you are responsible for securing the classroom at the end of each session. You will be assessed a $50 per key fee for any loss.

### *H. Use of Copyright Material*

Copyrighted materials may not be published for distribution outside the educational classroom or for sale (refer to SFSC Administrative Procedure 1140 – Copyright Compliance).

You may author or develop materials on your own time and with your resources and retain full ownership.

Any materials or products developed in whole or in part with College resources or time may be totally or in part the property of the College. Many materials developed for the College are developed under a special contract or Letter of Intent and, therefore, become work-for-hire. If you have questions, you should consult with the vice president for administrative services and/or review SFSC Administrative Procedure 1160—Materials Produced by Employees.

All materials and substances produced by employees on campus and/or during duty hours and/or with the use of College materials and equipment shall become the property of the SFSC District Board of Trustees unless other arrangements have been made in advance with

the College vice president for administrative services. If the materials are to be marketed, this cost, copyright fees, as well as royalties and other income will be shared according to the District Board of Trustees Policy 1.16. This Policy does not cover the daily lesson plans and educational materials developed by faculty to teach students the curriculum of their courses nor does it cover the materials that faculty generally share freely or offer to students in class or tutoring sessions and outside-of-class subject-specific teaching sessions.

### *I. Academic Freedom*

At South Florida State College, you are free to pursue and convey knowledge in your area of special training and expertise, subject to College, the state of Florida, and federal policies, procedures, law, and the code of ethics for professional educators (refer to SFSC Administrative Procedure 3011 – Academic Freedom).

### *J. Confidentiality*

You should exercise extreme caution and the utmost discretion in discussing or releasing confidential information, particularly Personally Identifiable Information (PII). The right to privacy of an employee or student is protected by federal and state laws and is addressed in SFSC Procedure 2157 – Identity Theft Prevention Program. These laws provide for the release of confidential information only when a court order is obtained.

PII, including but not limited to Social Security numbers, addresses, phone numbers, and other personal identifiers, should never be disclosed without proper authorization. When handling PII, ensure it is securely stored and transmitted, and only share it with authorized personnel when necessary for legitimate educational or administrative purposes.

For instance, your evaluations may not be shared with persons not directly involved in the evaluation process. Nor may the information be shared concerning conduct, disciplinary action, medical history, or other matters of an extremely personal nature. Unpublished telephone numbers and addresses may not be released except to the appropriate officials of law enforcement or court agencies. All other information on file is open to public inspection—applications, references, verification of employment, transcripts, placement papers, certifications and licenses, salaries, contracts, and other records related to employment.

For students, confidentiality is protected under the Code of Federal Regulations, Title 34, Part 99 – Federal Family Educational Rights and Privacy Act (FERPA), the Gramm-Leach-Bliley Act, and Florida Statute 1002.22. All of these are specific about what information may or may not be released concerning a student and define “directory information” which may be unconditionally released without the prior consent of a student unless written notice is filed with the Registrar’s Office asking that this information be kept confidential. Transcripts are released only upon the written consent of the student.

Please do not release any information. All requests for student information should be referred to the Office of the Registrar (refer to SFSC Administrative Procedure 2154 –

Student Records). Take care to preserve the privacy and confidentiality of all student records and PII.

Official student records, supporting documents, and other student files shall be accessed only by members of the College staff employed for that purpose. You may not disclose a student's records (grades, scores, etc.) to anyone else without approval from the student. Grades must never be publicly posted.

The Student Services Office has developed the Student Release of Information form to allow students to authorize the release of their records. If a student requests that you discuss their grades or other academic information with a third party, such as a parent, the Student Services Office can email you the form upon request.

Faculty should be aware that some students may be under the age of 18, dual-enrolled, or participating in early college programs while still living at home. Even in these cases, the Student Release of Information form must be completed before discussing a student's records with anyone other than the student.

### *K. Shredding*

Any hard copies that include personally identifiable information (PII) must be properly disposed of. Small shredders or Crown secure boxes for shredding are located throughout each campus and center. If you have a large shredding request, a Retention Destruction Request form must be completed with the dean's signature per SFSC Administrative Procedure 2150. This form can be found in Panther Central under Forms.

### *L. Release of Information to the Public*

All news releases for print and electronic media are produced or approved by the Office of Community Relations and Marketing. Should a reporter contact you, refer them to the director of institutional communications in the Office of Community Relations and Marketing or the Office of the President.

### *M. Bulletin Boards and Electronic Notices*

Obtain approval in advance from the Office of Community Relations and Marketing if you wish to post information to any bulletin board or publish information on the College digital sign. Flyers, posters, and other such documents not bearing the approval stamp will be removed from the bulletin boards.

## VIII. STUDENT ISSUES

### *A. Students with Disabilities*

1. Students with documented disabilities must be accommodated. You will receive official notification of any students in your sections who must receive accommodation and which accommodations they need. If you need to discuss any of these

accommodations, contact the disability specialist in the Advising and Counseling Office.

2. The following statement should be included in all course syllabi policy statements: In keeping with the College's open-door philosophy and per Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973, SFSC provides reasonable accommodations for educational and training opportunities for otherwise qualified individuals with documented disabilities. It is the responsibility of the student or prospective student to self-identify with the disabilities specialist and provide appropriate documentation. Individuals who chose not to self-identify may be ineligible for services and/or accommodations. Services include but are not limited to admission and registration assistance, orientation, note-taking, tutoring, test accommodations, readers, audiobooks, course substitutions, and assistive technology. For more information, contact the disabilities specialist through the website, southflorida.edu; email at disabilities.specialist@southflorida.edu; voice/TDD 863-784-7176; or in person at the Catherine P. Cornelius Center Student Services and Classroom Complex (Building B), Suite B152, Highlands Campus.

## *B. Student Discipline*

Upon registration, students are entitled to various freedoms and/or rights provided that their behavior is following College procedures and does not result in disruption or disturbance. Student rights, responsibilities, and Code of Conduct may be found in the SFSC Student Handbook under Students Rights and Responsibilities.

SFSC has established regulations to ensure an environment conducive to learning, to ensure the safety and welfare of members of the College community, to encourage students in the development and practice of good citizenship and self-discipline, and to protect the property and equipment of the College.

As a member of the faculty, you are responsible for establishing and maintaining discipline standards in your classroom that conform to the general student discipline standards for the College as outlined in the Student Handbook. Students who violate these standards are subject to the sanctions. Students are guaranteed due process rights. Every effort should be made to protect the dignity of the student whenever possible. Use good judgment and follow best practices if you have to discipline a student. Serious problems should be reported to the instructional supervisor and the vice president for student services and appropriate records maintained.

If you need assistance removing a student from the instructional area, you should call Security and/or notify the center coordinator, instructional supervisor, or dean. Phones are available on the classroom's electronic podium. Remain in the instructional area and maintain control. When it is necessary to prohibit a student with disruptive behavior from returning to the instructional area, send the student to the vice president for

student services who is responsible for action regarding disciplinary matters. The vice president for student services will meet with you to determine the next steps.

If a student is not satisfied with your disciplinary decision, they may submit a written request for the Student Judicial Committee to review and adjudicate the case, with involvement from the instructional supervisor and the vice president for student services. Every effort should be made to resolve student issues at the lowest possible level.

### C. Academic Appeals

The Academic Appeals Committee reviews requests for exceptions to the College's academic procedures, SFSC Administrative Procedure 3103 – Academic Appeals, when there are factors beyond the student's control. The Committee hears requests for waiving academic suspensions, approving tuition refunds, and approving withdrawal from a class after the deadline. Students have a maximum of six months following the completion of the class to file the appeal paperwork available from the Office of the Registrar. Students will be promptly notified of the decision.

### D. Student Government Association

The College offers a variety of student activities and events governed by the Student Government Association (SGA). The student body annually elects SGA officers who plan and oversee a variety of clubs, SGA activities, and an intramural program. You may serve as an advisor to both SGA and various campus clubs.

The advisor to the Student Government Association provides leadership and guidance in the development of policies, practices, and procedures that pertain to the student body. The duties of the club advisor are to supervise and provide structure to the student club or organization, preferably in a minimal way. Students are responsible for running the clubs/organizations. The SGA pays club advisors a stipend for their services. You are encouraged to serve as club advisors and to participate in SGA-sponsored activities.

### E. Field Trips

When students request to be off-campus as official representatives of the College, they may be excused from class and permitted to make up all work missed when the following criteria are satisfied (refer to SFSC Administrative Procedure 3285 – Students Representing the College at off-Campus Activities).

1. To sponsor a field trip, you must complete the following steps:
   a) Complete the Student Activity Clearance Request form and submit it to the instructional supervisor and dean for approval. This form should be submitted three weeks before the proposed trip. (Forms can be found in Panther Central's Student Tab under College Life). This form must include all participating students (refer to SFSC Administrative Procedure 7031 – Field Trips).

b) Complete the Leave Request form and check the box for Temporary Duty Leave.
c) If a College-owned vehicle is to be used, you must request its use three weeks before the field trip. The availability of College-owned vehicles is not guaranteed (refer to SFSC Administrative Procedure 2073 – Use of College Vans).

2. Driving a College Vehicle – Please see the Employee Handbook for requirements
3. Communication about the Trip:
   a) All students traveling in a College vehicle must secure and file an Off-Campus College Activities Agreement Release form per SFSC Administrative Procedure 7031 – Field Trips. The instructor or supervisor organizing the trip must file a list of the students traveling in the vehicle with the Controller's Office and the vice president for f student services.
   b) This list should be left with your instructional supervisor/dean and/or payroll liaison, and provide your instructional supervisor/dean and/or payroll liaison with the information about your destination, purpose, departure/return times, and driver information.

# IX. PERSONNEL

## *A. Observance of Religious Holidays*

Faculty and students are allowed to miss course time for religious observances or holidays.

- The students must notify you at least seven days in advance of the day(s) to be missed. Students are supposed to complete assignments before they go, but you have discretion on how you handle this.
- You should plan for class coverage if regularly scheduled classes are in session.
- You may have to take leave for such religious observations not scheduled as official College holidays if you are missing class or meetings; see SFSC Administrative Procedure 5220 – Workload for Full-Time Instructional Faculty.
- Information about the observance of religious holidays must be included in the course syllabus. If students believe that their religious rights have been denied, they may use the academic appeals process to state their case and seek a resolution.

## *B. Travel Pay*

Full-time faculty are eligible for travel pay if required to travel to another location other than their designated work location. You will be reimbursed for the mileage per College policy. Travel for adjuncts is not reimbursed.

## *C. Leave Requests*

College policies and procedures govern all leave requests (refer to SFSC Administrative Procedure 5130 – Leaves of Absence). The Leave Request form is used for Assignments for Temporary Duty (official College business), Annual Leave, Sick Leave, Personal Leave, Compensatory Time, and Personal Leave (no pay). If an employee is not at work during duty time or is out of the College district on official College business, the employee must have an approved Leave Request form on file. This includes taking students on field trips or to athletic/student activities/events, participating in professional development seminars, attending meetings, etc. This also includes time spent with immediate family members who are sick at home. The approved Leave Request form for temporary duty leave ensures insurance coverage in the case of an accident. The relevant policies and procedures affecting faculty leave are as follows:

1. All leave requests are to be processed through the instructional supervisor and appropriate dean using a Leave Request form.
2. The instructional supervisor and/or the appropriate dean must look at all requests and determine if they are approved based on the needs of the division and department.
3. In all cases, you must assist in arranging for a suitable substitute, when necessary, or plan acceptable activities for the classes affected by the leave request.
4. The payroll liaison will maintain a copy of leave requests to maintain a record of faculty location in case of an emergency.
5. Instructional supervisors or payroll liaisons will ensure that all leave requests are properly documented and have been submitted promptly.
6. All full-time employees are allowed to use four days of sick leave as personal leave per calendar year.
7. The Leave Request form is utilized when you will be away from your teaching assignment, during posted office hours, or out of the College district. This includes reporting illness or personal leave, attending a workshop, seminar, meeting, or any other College-approved activity.

## *D. Title IX*

Title IX of the Education Amendments of 1972 is a federal law that prohibits discrimination based on sex in educational programs and activities at institutions that receive federal financial assistance. Sex discrimination is a continuum of behaviors ranging from sexual harassment and intimidation to sexual assault, all of which are prohibited by Title IX.

Consistent with Title IX of the Education Amendments of 1972, South Florida State College does not discriminate against students, faculty, staff, or guests of the College based on sex in any of its programs or activities, including but not limited to, educational programs, employment, and admission.

You can find more information regarding Title IX and the College's procedures regarding Title IX here: southflorida.edu/community/title-ix-sexual-harassment

As a faculty member, you are considered a 'mandatory reporter' under Title IX, meaning you have a responsibility to report any disclosures of sexual harassment, discrimination, or misconduct made by a student. If a student shares information about such an incident with you, you are required to provide the details to the Title IX coordinator. This ensures that the College can take appropriate action to support the student and address the situation in compliance with federal law. Please call the Title IX coordinator at 863-784-7039.with any questions.

### *E. Harassment*

SFSC policy expressly prohibits all forms of harassment. SFSC is committed to providing an educational and work environment free from harassment based on such factors as race, color, religion, gender, national origin, age, disability, marital status, political affiliation, or sexual orientation. The College will not tolerate harassment of its employees or students by employees, students, or vendors and will attempt to protect its students and employees from non-student or non-employee harassment when reported. The College policies related to harassment are designed to provide a safe educational environment while administrative procedures provide for the enforcement of the policies.

### *F. Sexual Misconduct*

The College is committed to providing an environment that is free from all forms of sexual misconduct including sexual harassment, public indecency, voyeurism, battery, and assault. If an employee is a perpetrator of sexual misconduct, he or she is subject to termination. Victims should contact the director of human resources for assistance and support. Each employee will receive an email to participate in the online training to prevent sexual harassment. Contact the Human Resources Office for more information.

Students charged with or suspected of such behavior are sent to the vice president for student services for review of the accusations. Faculty members should direct student victims to the vice president for student services for assistance and support.

### *G. Drug-Free Workplace and Campus*

The College is a drug-free workplace and campus. Use of illegal drugs or alcohol by students, visitors to College sites, individuals at College activities and events, and employees will not be tolerated. Additional information about the drug-free workplace/campus program is available at the Human Resources Office.

### *H. Tobacco-Free College*

SFSC is a tobacco-free College (refer to SFSC Administrative Procedure 1170). The use, distribution, or sale of tobacco or any object or device intended to simulate that use is prohibited in all indoor and exterior areas of each campus, center, and other property

(including vehicles) under the control of the College. College employees, students, visitors, contractors, and all others are expected to comply with this policy and the Florida Indoor Clean Air Act at all times.

Employees and students share responsibility for compliance and enforcement of the Tobacco-Free College policy. Should an employee encounter an individual who is violating the policy, please use courtesy and respect to remind them of the policy. Should an employee note individuals repeatedly violating the policy, they should notify the vice president for student services or the director of human resources as appropriate. Violation of the policy by vendors or guests should be reported to the vice president for administrative services.

Assistance is available for individuals who use tobacco products and wish to quit. The SFSC Tobacco-Free website includes links to educational materials, information on current cessation classes, and other resources at southflorida.edu/?s=tobacco+free.

## *I. Employee Work-Related Injuries, Accidents, and Incidences*

It is the responsibility of the **EMPLOYEE** to report any accidents/incidents to the appropriate supervisor, chair, or dean. Failure to report an accident/incident can result in disciplinary measures. If the injury does not require emergency medical treatment, please contact the Office of Security at 863-453-0806 or your campus/center coordinator to complete an accident/incident report and contact Human Resources at 863-784-7419 to receive authorization to seek non-emergency medical treatment, if needed. If the employee cannot report the accident/incident, it is the responsibility of the employee's supervisor to report to Security. Failure to handle a Workers' Compensation incident promptly can result in severe penalties for the College.

**IF MEDICAL EMERGENCY, CALL 9-1-1 IMMEDIATELY.**

1. If possible, have someone stay with the injured person until assistance (EMS) arrives.
2. Notify Security immediately at 863-453-0806 (24-hour assistance).
3. Notify the supervisor of the injured employee.
4. Notify the Human Resources Office at 863-784-7419. Appropriate staff will complete the necessary paperwork for medical treatment under Workers' Compensation.

**NON-EMERGENCY INJURY**

1. The employee must notify the appropriate supervisor immediately.
2. The employee must then report the injury to Security to complete an accident/incident report. **Even if medical treatment is not required, an injury must be reported to Security.**

3. If the injury requires medical attention on a non-emergency basis, the Human Resources Office will give the employee the authorization forms to seek College-approved medical treatment.

**WORK-RELATED ACCIDENTS AFTER HOURS OR ON OTHER CAMPUSES**
Employees assigned to work in areas outside of the Highlands Campus must report all accidents to Human Resources as soon as possible at 863-784-7419.

1. If the accident takes place after 5 p.m., follow the above directions under medical treatment.
2. The Human Resources Office must be notified of the incident no later than the morning of the following business day. Notification may be made by either the employee or the employee's supervisor, depending on the circumstances.
3. Appropriate paperwork will be completed by Human Resources staff once notification is received.

All reported accidents will be investigated. After the Workers' Compensation carrier reviews the claim investigation, the claim may not be deemed work-related and could be denied.

# *APPENDIX A*

## GENERAL JOB DESCRIPTION FOR INSTRUCTIONAL FACULTY

Faculty at South Florida State College are professionals whose duties and responsibilities are established following State Board of Education Regulations and Board of Trustees Policy. These duties and responsibilities include, but are not limited to:

## I. INSTRUCTION

Each instructor shall:

a. Plan and carry out assigned instructional duties
b. Teach the number of hours required by the faculty load procedure
c. Supervise students and resolve classroom problems in accordance with College policies and procedures
d. Demonstrate proficiency in the utilization of the delivery techniques appropriate to the classroom setting, subject matter, and resources available
e. Be responsible for evaluating student learning and objective achievement
f. Explain to the student in writing the methods and procedures of the grading process to be used in the course or program taught
g. Provide the students with prompt feedback and interpretation of the grading methods and assessments used in the course or program taught
h. Use assessment results for planning and course or program revision.

## II. PROFESSIONAL STANDARDS AND DEVELOPMENT

Each instructor shall:

a. Possess appropriate credentials as required by Board Policy and/or accreditation criteria
b. Maintain current knowledge of developments in the discipline/program areas taught
c. Maintain current knowledge of teaching strategies and related instructional technology

## III. ADMINISTRATIVE AND SUPERVISORY RESPONSIBILITIES

Each instructor shall:

a. Maintain appropriate records as prescribed by College policies and procedures
b. Maintain regularly scheduled office hours per College procedures
c. Adhere to and enforce the administrative policies and procedures of the College
d. Exercise good judgment and care in the use of materials and equipment designated for use in the course or program taught
e. Assist in the development and implementation of assessment and planning activities of the College

## IV. PERSONAL CONDUCT

Each instructor shall:

a. Adhere to the moral and ethical standards for instructors in accordance with state regulations and College procedures
b. Demonstrate appropriate dress and grooming standards
c. Demonstrate good attendance and punctuality

## V. FACULTY/COLLEGE/COMMUNITY SERVICE

Each instructor shall:

a. Attend Collegewide academic meetings and official functions scheduled by the administration
b. Serve on committees as assigned
c. Maintain good relationships with community agencies and groups and participate when appropriate

# APPENDIX B
# ACRONYM LIST

| | |
|---|---|
| AA | Associate in Arts |
| ABE | Adult Basic Education |
| ACE | American Council on Education |
| ADA | Americans with Disabilities Act |
| AFC | Association of Florida Colleges |
| AHS | Adult High School |
| APA | Administrative Program Assessment |
| AP | Advanced Placement |
| APP | Apprenticeship |
| AS | Associate in Science |
| BAS | Bachelor of Applied Science |
| CC | Career Certificate |
| CCC | College Credit Certificate |
| CCSSE | Community College Survey of Student Engagement |
| CIP | Classification of Instructional Program |
| CIT | Center for Innovative Teaching |
| CLEP | College Level Examination Program |
| CLT | Classic Learning Test |
| Co-op | Cooperative Education |
| CWE | Continuing Workforce Education |
| D2L | Desire2Learn Brightspace |
| DAG | Data Analysis Group |
| DBOT | District Board of Trustees |
| DE | Dual Enrollment |
| DIS | Directed Independent Study |
| EA/EO | Equal Access/Equal Opportunity |
| EAP | Employer Assistance Program |
| EL | Electronic Learning |
| EPA | Educational Program Assessment |
| ESOL | English for Speakers of Other Languages |
| FERPA | Family Educational Rights and Privacy Act |
| FLDOE | Florida Department of Education |
| FRS | Florida Retirement System |
| FWS | Federal (College) Work Study |
| FWEP | Florida Work Experience Program |
| GED | General Educational Development |
| GENED | General Education |
| GID | Generated Identification Number |
| GPA | Grade Point Average |
| GPS | Guide to Personal Success (Orientation) |

| | |
|---|---|
| GSS | Graduate Satisfaction Survey |
| HLC | Higher Learning Commission |
| HR | Human Resources |
| IB | International Baccalaureate |
| IPEDS | Integrated Postsecondary Education Data System |
| IT | Information Technology |
| LASS | Learning and Student Success Committee |
| LDA | Last Date of Attendance |
| LINCC | Library Information Network for Cooperative Content |
| LOI | Letter of Intent |
| LRC | Learning Resource Center |
| MOFAC | Museum of Florida Arts and Culture |
| NCCBP | National Community College Benchmarking Project |
| NACUBO | National Association of College and University Business Officers |
| PERT | Postsecondary Educational Readiness Test |
| PSAV | Post-Secondary Adult Vocational |
| RSVP | Retired and Senior Volunteer Program |
| SACSCOC | Southern Association of Colleges and Schools Commission on Colleges |
| SAP | Satisfactory Academic Progress |
| SBE | Small Business Exchange |
| SCNS | Statewide Course Numbering System |
| SEI | Student Evaluation of Instruction |
| SENSE | Survey of Entering Student Engagement |
| SIS | Special Independent Study |
| SOS | Student Opinion Survey |
| SPD | Staff and Professional Development |
| SPOL | Strategic Planning Online |
| TABE | Test of Adult Basic Education |
| TAG | The Artists Group |
| TLC | Tutoring and Learning Center |
| UAP | Unit Action Plan |
| UC | University Center |
| VPAA | Vice President for Academic Affairs |
| VPSS | Vice President for Student Services |

# *APPENDIX C*
## New Faculty Checklist

### Office

| Subject | Contact | Status |
|---|---|---|
| Location | Dean | |
| Furniture | Maintenance | |
| Zoom Phone | IT and Educational Technology Office | |
| Computer | IT | |
| Printer | Department Chair/IT | |

### Technology Access

| Subject | Contact | Status |
|---|---|---|
| Email | IT | |
| Panther Central/D2L Brightspace | Educational Technology Office | |
| Mailbox | Business Office | |
| Copier | Division Admin. Assistant | |
| Podium Key | Educational Technology Office | |

### Supplies

| Subject | Contact | Status |
|---|---|---|
| Textbook | Chair | |
| Keys (office and classrooms) | Maintenance | |
| Door Name Plate | Business Office | |
| Badge | Human Resources | |
| Business Cards | Community Relations and Marketing | |
| Office Supplies | Chair | |

### Information

| Subject | Contact | Status |
|---|---|---|
| Syllabi | Chair | |
| Schedule | Chair | |
| Utilization Chart | Chair | |
| Load Sheet | Chair | |
| Evaluations | Chair | |
| Faculty Handbook | Chair | |
| Employee Handbook | Chair | |
| IT Usage Manual | Chair | |
| Safety and Security Handbook | Chair | |
| Forms Tab | Chair | |
| Parking Sticker | Cashier and Human Resources | |
| Faculty ID Card | Registrar | |
| Use of Facilities | Chair | |
| SPD | Chair | |
| Library Access | Librarian | |
| Benefits | Human Resources | |
| Annual Service Report | Chair | |

# *APPENDIX D*
# ADDITIONAL EMPLOYEE BENEFITS

**Bookstore Discount**
All employees are entitled to a 10% discount at the College's bookstore. The discount is applied manually at the register so it will not apply automatically for online purchases. Online purchases can be refunded and then charged manually at the register to receive the employee discount.

**Panther Card**
After the 90-day evaluation period, full-time and long-term part-time employees may apply for a Panther Spirit "charge card" which can be used at Kelly's Bistro by The Bay, dining at the Hotel Jacaranda, and the Bookstore (except for books). Charges will be deducted from your monthly pay. Applications are available in the Human Resources Office.

**Discount for Lunch at the Hotel Jacaranda**
Employees receive a 10% discount on meals and can use their Panther Spirit card. You can "charge" your meal against your paycheck if you get a Panther Card; see above.

**Cultural Series**
The College brings a broad spectrum of music, art, and drama presentations to the campus throughout the year. Contact the Box Office for performance information. Full-time employees are entitled to two tickets at half-price for selected events. If you have any further questions, contact the Box Office at 863-784-7178.

**Dental**
SFSC's Dental Hygiene Clinic is located in Building T on the Highlands Campus. The facility provides private treatment to the public and is handicap accessible. The clinic is primarily a teaching and learning classroom, where Dental Hygiene students practice to become competent professionals. Services are performed by students under direct supervision of a licensed dentist and licensed dental hygienists and may proceed at a slower pace than at a licensed dentist's office. Student/instructor interaction requires many stopping points but also assures your treatment meets the highest standards of care. As a patient, you should expect your appointment to take up to three hours, and it may take more than one appointment to complete needed treatment.

Service is by appointment only. For more information, call the front desk at 863-784-7020. If you must cancel for any reason, please give them a 24-hour notice so that the student can find another patient. They depend on treating a patient every session to complete graduation requirements.

**Cosmetology**
The Cosmetology Program offers a variety of services, including facials, at affordable prices. To schedule an appointment, call 863-784-7143. Please note that the phone is answered only during clinic hours.

**Cashier's Office**
The Cashier's Office is open Monday-Friday, 8 a.m.-5 p.m. and facilitates the:

- Issuance of parking decals
- Lost and found
- Collection of payment

**Athletic Facilities**
The Panther Fitness Center is accessible to all SFSC students and staff during operating hours Monday through Thursday each week. Entrance is contingent upon signing in with the Fitness Center monitor and showing a College ID.

Staff may use the fitness center during non-operational hours in a buddy system format with approval from the SFSC athletic director. Staff interested in this option should contact Athletic Director Rick Hitt at 863-784-7036 to gain approval and access.