SOUTH FLORIDA State College

***Director, Human Resources***
***Ext. 7336***

Vinita Prabhakar
2148 N. Olivia Dr.
Avon Park, FL. 33825

Date: February 12, 2026

Dear Ms. Prabhakar,

This letter is your official notification that effective today, February 12, 2026 you have been placed on Administrative Leave with Pay till the end of your annual contract. This is also your official notice that your contract will not be renewed. During this period, you will not have any teaching responsibilities.

If you have any questions, please contact me by email at kestersd@southflorida.edu or call me at 863-784-7336.

Thanks

Donald L. Kesterson Jr.
Director, Human Resources