# SOUTH FLORIDA STATE COLLEGE
# ADMINISTRATIVE PROCEDURES

**PROCEDURE NO.** 1093

**TITLE:** CORRECTING THE ACTIONS OF FACULTY PERSONNEL

**BASED ON POLICY:** 1.09 GRIEVANCE PROCEDURES

**OFFICE OF PRIMARY RESPONSIBILITY:** VICE PRESIDENT FOR ADMINISTRATIVE SERVICES/HUMAN RESOURCES

---

I. Purpose:

To establish a system for correcting the actions of faculty employees that is uniform and progressive in nature

II. Procedure:

A. The dean of the division of the faculty member will notify the employee in writing of a problem which may necessitate corrective action. Copies will be sent to the faculty member's supervisor and the director, human resources. Based on consultation with the faculty member, the faculty member's dean, the director, human resources, and/or any other appropriate College and/or non-College personnel, the dean will notify the faculty member in writing of the action (if any) being taken. Any corrective action taken must be consistent with College policy/procedure and State Board of Education regulations.

B. The following factors will be considered by the dean prior to making the specific recommendation for corrective action:

1. The seriousness and circumstances of the particular offense
2. The past conduct record of the employee
3. The employee's length of service
4. The lapse of time since any last misconduct for which disciplinary action was taken
5. Whether there are mitigating or aggravating circumstances connected with the breach of rule or offense
6. The College's practice in similar cases in the past

C. The normal steps that will be taken by the College in correcting a faculty employee's behavior is as follows:

1. Counseling: discussing with the employee the reported or observed behavior that is in violation of policy, procedure, etc. and advising the employee of the impact of this violation (i.e., why Board policy must be followed). Expected behavior or performance and a reasonable timeline for change should be clarified at this initial session.

2. After a reasonable passage of time, the supervisor shall reassess the situation and perform one of the following two acts:

   a. Assure the employee that his or her performance or behavior is satisfactory.

   b. Tell the employee that his or her performance or behavior has not improved and that formal procedures will be initiated unless it is corrected within a specific time. A written note of this counseling shall be made and the note shall be kept by the supervisor and reviewed when completing the individual's next annual evaluation.

3. A written reprimand by the dean or the director, human resources. A copy of the reprimand will be placed in the employee's personnel file indicating the nature of the violation, date, and supervisor's name. The employee must sign and date this document to ensure a clear understanding of the issues and consequences of further errant behavior.

4. Termination of employment may be an alternative in the corrective actions process if the actions of the employee are serious enough in nature or improvement is not noted.

D. In the event that a faculty member disagrees with a corrective action being taken, the employee may file a grievance in accordance with the South Florida State College grievance procedures, (see Procedure 1090).

**HISTORY: Last Revised: 11/5/19**

**Adopted:** 5/17/85
**Reviewed:** 2/28/05, 2/28/08, 6/27/12
**Revised:** 2/6/02, 11/5/19