# CONTRACT OF EMPLOYMENT FOR FACULTY

STATE OF FLORIDA
COUNTY OF HIGHLANDS} ss.

THIS CONTRACT is entered into between the District Board of Trustees of South Florida State College, Florida, hereinafter called the Board, and **Vinita Prabhakar**, hereinafter called the Faculty Member.

In consideration of the mutual agreements, covenants, terms and conditions herein contained, the parties hereto agree as follows:

1. The Board agrees to employ the Faculty Member and the Faculty Member agrees to accept the position of **Instructor,English** in the South Florida State College for a period of n/a calendar months or **190** duty days beginning **August 08, 2025** and ending **July 31, 2026**, and to pay the Faculty Member for services rendered not less than **$57,564.00** annually in monthly installments.

2. The Faculty Member is required to: maintain appropriate SFSC professional standards and perform the duties of the attached position description in a satisfactory manner.

3. The Faculty Member agrees to perform those services required for the aforementioned position in a location designated by the Board, or by the President as authorized by the Board, and not to be absent from duty without authorized leave or release from this contract by the Board. In the event prescribed services have not been completed on the final day of this contract term, the Board may withhold the last month's salary until duties have been performed.

4. The Board may suspend or dismiss the Faculty Member for cause pursuant to law and rules of the State Board of Education.

5. It is expressly understood and agreed by and between the parties hereto that neither the Faculty Member nor the Board owes any further contractual obligation to the other after the contract ending date set forth in Paragraph 1, except for the Faculty Member's obligation to perform uncompleted duties in accordance with paragraph 3. The Faculty Member understands that unless and until **she** shall receive a continuing contract under and by virtue of the provisions of Rule 6A-14.0411, F.A.C., **she** shall have probationary status and no legal cause shall be required of the Board in the event that the Faculty Member is not re-employed by the Board after **July 31, 2026**.

6. This contract shall include and be subject to all applicable laws enacted by the Legislature and all administrative rules adopted or promulgated by the State Board of Education, the District Board of Trustees of South Florida State College and each other state or local governmental agency having jurisdiction to take action affecting the operations of this College. Furthermore, this contract shall include and be subject to the right of such governmental bodies to lawfully make modifications, additions, and deletions to those laws, rules, regulations, policies and guidelines during the term of this contract.

Given under our hands and seals this 27 day of **August, 2025** at Avon Park, Florida.

[signature] (L.S.)
(Faculty Member)

The District Board of Trustees of South Florida State College, Florida.

By [signature]
(Chair)

Attest [signature]
(President)

**SEAL OF THE BOARD**

This contract form is to be executed on appointment of the Faculty Member by the Board or as soon thereafter as the Faculty member meets the aforementioned conditions of this contract. After being duly signed by the Faculty Member and representatives of the Board, one copy is to be retained by the Board and one by the Faculty Member.

This contract form must be signed and returned to the Board by not later than **August 26, 2025**.